**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARTIN MIZRAHI, | Case No. 2:16-cv-01870-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| MERCEDES-BENZ USA LLC, | |
| Defendant. | |

On November 15, 2016, plaintiff Martin Mizrahi filed a notice of settlement indicating the parties had resolved the case. ECF No. 10. In that notice, Mizrahi stated that if he "did not move to reinstate the case or seek other Court intervention in the next ninety (90) days, Plaintiff requests the Court dismiss this case with prejudice at that time." *Id.* at 1. More than ninety days have passed and Mizrahi has not moved to reinstate the case or otherwise sought court intervention. I therefore dismiss this case with prejudice as requested.

IT IS THEREFORE ORDERED that the plaintiff's complaint **(ECF No. 6) is DISMISSED with prejudice**. The clerk of court is instructed to close this case.

DATED this 1st day of March, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE